No. 86–795.   WESTMAC, INC. *v.* SMITH ET AL.   C. A. 6th Cir. Certiorari denied.

No. 86–796.   JACKSON *v.* NATIONAL BROADCASTING CO. ET AL. C. A. 11th Cir.   Certiorari denied.

No. 86–798.   BOYD *v.* MCNEILAB, INC.   C. A. 5th Cir.   Certiorari denied.

No. 86–801.   PARRO ET AL. *v.* DEPARTMENT OF TRANSPORTATION, FEDERAL AVIATION ADMINISTRATION.   C. A. Fed. Cir. Certiorari denied.

No. 86–812.   JOHNSON *v.* PERLMUTTER.   App. Ct. Conn. Certiorari denied.

No. 86–813.   HOMEBOUND HEALTH CARE AGENCY *v.* TENNESSEE VALLEY HOME HEALTH AGENCY ET AL.   Ct. Civ. App. Ala. Certiorari denied.

No. 86–816.   HICKS *v.* UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 86–817.   CARDEN ET AL. *v.* ARKOMA ASSOCIATES.   C. A. 5th Cir.   Certiorari denied.

No. 86–821.   LEE *v.* REAGAN, PRESIDENT OF THE UNITED STATES, ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 86–824.   MORRIS *v.* UNITED STATES.   Ct. Mil. App.   Certiorari denied.

No. 86–829.   DIAMOND SHAMROCK CORP. *v.* ZINKE & TRUMBO ET AL.   C. A. 10th Cir.   Certiorari denied.

No. 86–837.   BIERMANN *v.* COMMISSIONER OF INTERNAL REVENUE.   C. A. 11th Cir.   Certiorari denied.

No. 86–846.   GOODMAN *v.* UNITED STATES.   C. A. 3d Cir. Certiorari denied.

No. 86–850.   BENSON ET UX. *v.* RAUSEO ET AL.   Ct. Sp. App. Md.   Certiorari denied.